No. 537. FRANK DILLON *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Rush B. Johnson* for plaintiff in error. No appearance for defendant in error.

No. 634. STEFANO SANGUINETTI *v.* UNITED STATES. Appeal from the Court of Claims. February 19, 1923. Dismissed, pursuant to the 10th Rule. *Mr. Benjamin Carter* for appellant. *The Attorney General* for the United States.

No. 640. UNITED STATES EX REL. CATONI TISI, ALIAS LISTA CORTINA, *v.* ROBERT E. TOD, COMMISSIONER OF IMMIGRATION, ETC. Appeal from the District Court of the United States for the Southern District of New York. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. Walter Nelles* and *Mr. Isaac Shorr* for appellant. *The Attorney General* for appellee.

No. 653. PUGET SOUND POWER & LIGHT COMPANY ET AL. *v.* COUNTY OF KING ET AL. Error to the Supreme Court of the State of Washington. February 19, 1923. Dismissed with costs, pursuant to the 10th Rule. *Mr. James B. Howe, Mr. Walter F. Meier, Mr. Thomas J. L. Kennedy,* and *Mr. F. D. McKenney* for plaintiffs in error. *Mr. Howard A. Hanson* and *Mr. Malcolm Douglas* for defendants in error. [See *ante,* 607.]